[No. 10800-3-II. Division Two. June 9, 1988.]

MORGAN JACOBSON, ET AL, *Appellants,* v. SAFECO INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-2-05383-0, Donald H. Thompson, J., entered February 20, 1987. *Reversed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.

[No. 10002-9-II. Division Two. June 9, 1988.]

PATRICK WILLIAM KEGLEY, ET AL, *Appellants,* v. THE CITY OF VANCOUVER, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 85-2-01705-0, James D. Ladley, J., entered July 31, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.

[No. 8661-5-III. Division Three. June 8, 1988.]

DEEANN J. PERRY, *Respondent,* v. FLOYD HAMILTON, ET AL, *Petitioners.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85-2-03890-2, Michael E. Donohue, J., entered May 21, 1987. *Reversed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Thompson, J. Now published at 51 Wn. App. 936.